850

No. 1428.  GOLDBAUM *v.* UNITED STATES ET AL.  June 16, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Manly Fleischmann* for petitioner.

No. 1243.  NIEWIADOMSKI *v.* UNITED STATES.  June 16, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Clare J. Hall* for petitioner.  *Acting Solicitor General Washington, Peyton Ford, Searcy L. Johnson, Paul A. Sweeney* and *Melvin Richter* for the United States.

No. 1430.  RED STAR BARGE LINE, INC. ET AL. *v.* FORCE.  June 16, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Edward Ash* for petitioners.  *Leonard Bronner, Jr.* for respondent.

No. 1431.  MODERN MANUFACTURING Co., INC. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.  June 16, 1947.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  *Bertram Bennett* for petitioner.

No. 1432.  AUERBACH *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.  June 16, 1947.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  *Morris Lavine* for petitioner.